# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton  
*Executive Director*

*Southern District of New York*  
Jennifer L. Brown  
*Attorney-in-Charge*

February 11, 2020

By ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

2/14/2020

The matter will be adjourned to March 31, 2020 at 11 am

So ordered

Paul Crotty
USDJ

Re: **United States v. Gregory Smith, 16 Cr. 646 (PAC)**

Dear Judge Crotty:

I write with the consent of the Government and Probation Office to request an adjournment of the February 13 VOSR conference for approximately 30 days. The reason for this request is that Mr. Smith's state case, on which he appeared today, and which concerns the same conduct underlying the specifications against him in federal court, has not yet resolved. Because the resolution of the state case will likely impact the resolution of the VOSR proceedings, the parties believe an adjournment to continue to track the state case is appropriate.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Thomas McKay, Esq. (by ECF)
Joseph J. Lombardo, U.S. Probation (by email)