# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 14, 2020

By ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

7/15/2020
The July 16 conference is adjourned to September 14, 2020 at 3:15 PM. SO ORDERED.

*/s/ Paul A. Crotty*

**Re: United States v. Gregory Smith, 16 Cr. 646 (PAC)**

Dear Judge Crotty:

I write with the consent of the Government and Probation Office to request a 60-day adjournment of the July 16 VOSR conference. The reason for this request is that Mr. Smith's state case, which concerns the same conduct underlying the specifications against him in federal court, has not yet resolved because of delays related to the COVID-19 pandemic. Because the resolution of the state case will likely impact the resolution of the VOSR proceedings, the parties believe an adjournment to continue to track the state case is appropriate.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Thomas McKay, Esq. (by ECF)
    Joseph J. Lombardo, U.S. Probation (by email)