**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 20, 2021

By ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

1/21/2021
The January 25 VOSR is adjourned to February 24, 2021 at 12 noon. SO ORDERED.

*/s/ Paul A. Crotty*

**Re: United States v. Gregory Smith, 16 Cr. 646 (PAC)**

Dear Judge Crotty:

The parties respectfully request a 30-day adjournment of the January 25 VOSR conference. The reason for this request is that Mr. Smith's state sentencing has been adjourned to January 28, and might be adjourned still further. Mr. Smith remains in state custody and expects to receive a state prison sentence of several years. The parties here anticipate a resolution of the VOSR following Mr. Smith's state sentencing, and request this adjournment to continue to track the state proceeding.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Thomas McKay, Esq. (by ECF)
      Joseph J. Lombardo, U.S. Probation (by email)