# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 25, 2021

By ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

*3/29/2021*

*The VSOR is adjourned from to*

*April 28, 2021*

**Re: United States v. Gregory Smith, 16 Cr. 646 (PAC)**

*So ordered*

*Paul A Crotty*

*USDJ*

Dear Judge Crotty:

The parties respectfully request an adjournment of Monday's VOSR conference until a date after April 22, 2021. The reason for this request is that Mr. Smith's state sentencing has been adjourned to April 22, and might be adjourned still further. The parties here anticipate a resolution of the VOSR following Mr. Smith's state sentencing, and request this adjournment to continue to track the state proceeding.

I note for the Court that I have consulted with Mr. Smith, and he agrees that an adjournment of the VOSR is in his best interest. Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Thomas McKay, Esq. (by ECF)
      Joseph J. Lombardo, U.S. Probation (by email)