# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 7, 2021

By ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

6/8/2021

The 45 day adjournment is granted.

So ordered

Paul A. Crotty
USDJ

**Re: United States v. Gregory Smith, 16 Cr. 646 (PAC)**

Dear Judge Crotty:

The parties respectfully request a 45-day adjournment of tomorrow's VOSR conference. The reason for this request is that Mr. Smith's state court sentencing has still not occurred. The parties here anticipate a resolution of the VOSR following Mr. Smith's state sentencing, and request this adjournment to continue to track the state proceeding.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Thomas McKay, Esq. (by ECF)
    Joseph J. Lombardo, U.S. Probation (by email)