UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

— against —

GREGORY SMITH,

           Defendant.

16-cr-646 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Government is requested to respond by October 8, 2024, to the defendant's request for the "federal warrant" to be vacated.

SO ORDERED.
Dated:    New York, New York
           September 30, 2024

                                      John G. Koeltl
                                United States District Judge