UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                16 cr 646 (JGK)

GREGORY SMITH,                                **ORDER**
                    Defendant.
-----------------------------------------------------------------X

The attached document shall be docketed and filed.

**SO ORDERED.**

                                                /s/ John G. Koeltl
                                                JOHN G. KOELTL
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 1, 2024

Gregory Smith 21A1437
PO Box 1245
Beacon, New York 12508

September 16, 2024

**Attn**: Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007-1312

**Re**: United States v. Smith, Probation Case No. 2760363

Hon. Crotty:

I am writing because I am requesting for the "federal warrant" to be vacated so I will be able to participate in New York State's Temporary Release Program.

Because of the warrant, I am unable to participate in the Temporary Release Program (Work Release, and CASAT [Comprehensive Alcohol and Substance Treatment]), which will enable me to become a productive and law-abiding citizen upon my release.

In addition, these programs will assist me in obtaining shelter, and obtaining my goals.

Thank you for your assistance.

Yours, etc.

Gregory Smith

Encl.
c:   Jonathan Marvinny, Esq.
     file

MB-12-224   Smith, G

05/31/2024   GNC712

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
TEMPORARY RELEASE PROGRAM
DENIAL/APPEAL FORM

FACILITY    FISHKILL GENERAL

DIN 21A1437   NAME SMITH, GREGORY           APPLICATION # 202404585

NYSID 06457958L   T.R. TYPE: CASAT          APPLICATION DATE 05/03/2024

CELL LOCATION   MB 12 226

YOUR APPLICATION HAS BEEN DENIED.
YOU ARE INELIGIBLE FOR THE FOLLOWING REASON(S):

TOO CLOSE TO ERD

*handwritten annotations at top: M12-1x-2024 ... SMITH G*

## STATE OF NEW YORK
### DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
### TEMPORARY RELEASE PROGRAM
### WORK RELEASE DENIAL/APPEAL FORM

DIN 21A1437    NAME SMITH, GREGORY                    APPLICATION # 2404286

NYSID 06457958L   TEMP RELEASE TYPE: WORK RELEASE    APPLICATION DATE 05/03/24

YOUR APPLICATION FOR TEMPORARY RELEASE WORK RELEASE HAS BEEN DENIED.
YOU ARE INELIGIBLE FOR THE FOLLOWING REASON:
                    OUTSTAND WARRANTS



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## TEMPORARY RELEASE INMATE APPEAL NOTIFICATION FORM

An inmate may appeal the following:

- Point Score denial; and
- Central Office denial.

The appeal process is an informal administrative process, not a judicial proceeding. An appeal from a third party must include written authorization and signature of the inmate. A point score appeal must be received within thirty (30) days of the date of the point score denial. An appeal of a Central Office denial decision must be submitted to the Director of Temporary Release. There is no time limitation to submit the appeal. A Commissioner denial may not be appealed. Once an appeal decision is rendered by Central Office, there is no further appeal of the specific application.

To submit an appeal, you may use the Temporary Release appeal form 4145; the Temporary Release Work Release Denial/Appeal form; or simply a letter.

You may submit an appeal to your Offender Rehabilitation Coordinator who will then forward the appeal to Central Office or you may send the appeal to:

Director of Temporary Release
Department of Corrections and Community Supervision
The Harriman State Campus
1220 Washington Avenue
Albany, NY 12226-2050

---

I have read and am in receipt of the Temporary Release Inmate Appeal Notification Form.

I understand that I may request this information to be provided to me verbally and/or written in my native/dominant language.

| 21A1437 | _____ | 8/3/23 |
|---|---|---|
| DIN | INMATE SIGNATURE | DATE |

| DBBarker | ORC | 8/3/23 |
|---|---|---|
| EMPLOYEE NAME | EMPLOYEE TITLE | DATE |

 **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## TEMPORARY RELEASE INMATE APPEAL NOTIFICATION FORM

An inmate may appeal the following:

- Point Score denial; and
- Central Office denial.

The appeal process is an informal administrative process, not a judicial proceeding. An appeal from a third party must include written authorization and signature of the inmate. A point score appeal must be received within thirty (30) days of the date of the point score denial. An appeal of a Central Office denial decision must be submitted to the Director of Temporary Release. There is no time limitation to submit the appeal. A Commissioner denial may not be appealed. Once an appeal decision is rendered by Central Office, there is no further appeal of the specific application.

To submit an appeal, you may use the Temporary Release appeal form 4145; the Temporary Release Work Release Denial/Appeal form; or simply a letter.

You may submit an appeal to your Offender Rehabilitation Coordinator who will then forward the appeal to Central Office or you may send the appeal to:

> Director of Temporary Release
> Department of Corrections and Community Supervision
> The Harriman State Campus
> 1220 Washington Avenue
> Albany, NY 12226-2050

---

I have read and am in receipt of the Temporary Release Inmate Appeal Notification Form.

I understand that I may request this information to be provided to me verbally and/or written in my native/dominant language.

| 21A1437 | | 6/9/23 |
|---|---|---|
| **DIN** | **INMATE SIGNATURE** | **DATE** |

| D P Barnof | ORC | 6/9/23 |
|---|---|---|
| **EMPLOYEE NAME** | **EMPLOYEE TITLE** | **DATE** |