UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,

        - against -

GREGORY SMITH,

               Defendant.

16-cr-646 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the Government to respond to the defendant's request for the "federal warrant" to be vacated is extended to October 29, 2024.

SO ORDERED.
Dated:    New York, New York
          October 15, 2024

                                      John G. Koeltl
                                United States District Judge